UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: )
 )
 ) CASE NO: 08-07901-jw
Mitchell Lamar Burney )
Eva Marie Crank-Burney ) CHAPTER 13
SSN xxx-xx-8362 )
SSN xxx-xx-2629 )
 DEBTORS. )
_____)

**NOTICE AND APPLICATION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS**

YOU ARE HEREBY NOTIFIED that the debtor is applying for approval to sell the property of the debtor's estate described below free and clear of liens and encumbrances according to the terms and conditions stated below.

TAKE FURTHER NOTICE that any response, return and/or objection to this application should be filed with the Clerk of the Bankruptcy Court no later than twenty-one (21) days from service of motion/application and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on this application unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on June 28, 2011 at 9:00 a.m. at 145 King Street, Room 225, Charleston, SC 29401. No further notice of this hearing will be given.

| | |
|---|---|
| TYPE OF SALE: | Private/Short-Sale |
| PROPERTY TO BE SOLD: | House and Lot Located at 1510 Sago Palm Drive Hanahan, SC |
| PRICE: | $176,000.00 |
| APPRAISAL VALUE: | $176,000.00 |
| BUYER: | Bridget Flaherty |
| PLACE AND TIME OF SALE: | To be determined |
| ESTIMATED TRUSTEE'S COMPENSATION: | $0.00 |
| LIENS, MORTGAGES, SECURITY INTERESTS ENCUMBERING PROPERTY: | Select Portfolio Servicing, Inc. (hereinafter "SPS") holds the note and mortgage in the approximate amount of $280,707.13 pursuant to the proof of claim filed in this case. SPS agreed to the terms of this sale and a net distribution at closing of no less that $163,151.69 after payment of commissions and closing costs. |
| DEBTOR'S EXEMPTION: | $102,900.00. The debtors may receive up to $3,000.00 at closing pursuant to the Home Affordable Foreclosure Alternatives Program. |
| PROCEEDS ESTIMATED TO BE PAID TO ESTATE: | $0.00 |

Applicant is informed and believes that it would be in the best interest of the estate to sell the property by private sale. The debtor further moves for the court to waive the ten-day stay as provided in Federal Rule of Bankruptcy Procedure 6004(h).

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 08-07901-jw |
| Mitchell Lamar Burney ) | |
| Eva Marie Crank-Burney ) | CHAPTER 13 |
| SSN xxx-xx-8362 ) | |
| SSN xxx-xx-2629 ) | |
| DEBTORS. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the within Notice and Application for Sale of Property Free and Clear of Liens was duly served upon the parties below named, by depositing said papers in the United States Mail at Charleston, South Carolina, on this date, with first class postage duly affixed and a return address clearly indicated on said envelope to the address below indicated.

[See attached list]

James M. Wyman, Esquire
Chapter 13 Trustee
PO Box 997
Charleston, SC 29465-0997

US Trustee Region 4
1835 Assembly Street #953
Columbia, SC 29201-2448

Date: 5/27/11

*Patricia Clark*
Legal Assistant to Robert R. Meredith, Jr.
Attorney for Debtor
District Court ID No. 6152
4000 Faber Place Drive, Suite 120
North Charleston, SC 29405
843-529-9000

AFNI
PO BOX 3427
BLOOMINGTON IL 61702

ARROW FINCL
8589 AERO DRIVE
SAN DIEGO CA 92123

ATLANTIC CRD
P O BOX 13386
ROANOKE VA 24033


BERKELEY COUNTY FAMILY COURT
PO BOX 219
MONCKS CORNER SC 29461

CAB COLLECTION AGENCY
2230 TECHNICAL PKWY
NORTH CHARLESTON SC 29406

CAPITAL ONE
PO BOX 30281
SALT LAKE CITY UT 84130


CAROLINA FEDERAL SAVINGS BANK
1106 ST ANDREWS BLVD
CHARLESTON SC 29407

CCI
P O BOX 212609
AUGUSTA GA 30917

CENTRAL FINL CONTROL
PO BOX 66051
ANAHEIM CA 92816


CHASE
800 BROOKSEDGE BLV
WESTERVILLE OH 43081

CITIFINANCIAL AUTO
PO BOX 9575
COPPELL TX 75019

CONTRACT CALLERS INC
1058 CLAUSSEN RD STE 110
AUGUSTA GA 30907


CREDIT ONE BANK
PO BOX 440290
AURORA CO 80044

CREDITORS FINANCIAL GROUP
PO BOX 440290
AURORA CO 80044

CREDITORS INTERCHANGE
PO BOX 1335
BUFFALO NY 14240


DELL FINANCIAL SERVICES
PO BOX 6403
CAROL STREAM IL 60197

DRIVE FINANCIAL
PO BOX 660633
DALLAS TX 75266

ER SOLUTIONS
PO BOX 9004
RENTON WA 98057


FIRST PREMIER
3820 N LOUISE AVE
SIOUX FALLS SD 57104

FRANKLIN COLLECTION SERVICES
PO BOX 3910
TUPELO MS 38803

HOPE BALLARD
1600 BELMOOR AVENUE
PINE BLUFF AR 71601


HSBC BANK
PO BOX 5253
CAROL STREAM IL 60197

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

JA CAMBECE LAW OFFICE
EIGHT BURBON STREET
PEABODY MA 01960


LTD FINANCIAL SERVICES
7322 SOUTHWEST FREEWAY STE 1600
HOUSTON TX 77074

LVNV FUNDING
P.O. BOX 10584
GREENVILLE SC 29603

LVNV FUNDING
P.O. B  10584
GREENVILLE SC 29603


MERCHANTS CREDIT GUIDE CO
223 W JACKSON BLVD
CHICAGO IL 60606

MILITARY STAR
3911 WALTON WALKER
DALLAS TX 75266

NAVY FEDERAL CREDIT UNION
PO BOX 3100
MERRIFIELD VA 22119

| | | |
|---|---|---|
| NCO FIN/22<br>POB 41448<br>PHILADELPHIA PA 19101 | NCO FINANCIAL SYSTEMS<br>PO BOX 15740<br>WILMINGTON DE 19850 | NCO FINANCIAL SYSTEMS<br>PO BOX 15081<br>WILMINGTON DE 19850 |
| NCO FINANCIAL SYSTEMS<br>PO BOX 7172<br>DUBLIN OH 43017 | NCO GROUP FINANCIAL SYSTEMS<br>PO BOX 182965<br>COLUMBUS OH 43218 | PIN CRED SER<br>POB 5617<br>HOPKINS MN 55343 |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 | RJM ACQUISITIONS FUNDING<br>575 UNDERHILL BLVD STE 224<br>SYOSSET NY 11791 | SC DEPARTMENT OF REVENUE<br>PO BOX 12265<br>COLUMBIA SC 29211 |
| SC FEDERAL CREDIT UNION<br>PO BOX 190012<br>NORTH CHARLESTON SC 29419 | SOUTH CAROLINA STUDENT<br>LOAN CORPORATION<br>PO BOX 21337<br>COLUMBIA SC 29221 | SPS<br>PO BOX 65250<br>SALT LAKE CITY UT 84165 |
| TARGET N.B.<br>PO BOX 673<br>MINNEAPOLIS MN 55440 | THE HOME DEPOT<br>PO BOX 689100<br>DES MOINES IA 50368 | THE RESERVE AT FOSTER CREEK HOA<br>PO BOX 1641<br>GOOSE CREEK SC 29445 |
| WESTON ADAMS LAW FIRM<br>ATTN ASHLEY M ZARRETT<br>1501 RICHLAND STREET<br>COLUMBIA SC 29201 | | |